Geoffrey T. Raicht
Maja Zerjal
PROSKAUER ROSE LLP
Eleven Times Square
New York, New York 10036
Tel: (212) 969-3000
Fax: (212) 969-2900

*Attorneys for the Petitioners*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 15 |
| B. Endeavour Shipping Company Limited, | Case No. 15-10246 (REG) |
| Debtor in a Foreign Proceeding. | |

## AFFIDAVIT OF SERVICE

| | |
|---|---|
| STATE OF NEW YORK  ) | |
| ) ss: | |
| COUNTY OF NEW YORK  ) | |

Magali Lespinasse Lee, being duly sworn, deposes and says:

1. I am not a party to these actions, am over 18 years of age and am employed by Proskauer Rose LLP, Eleven Times Square, New York, N.Y. 10036.

2. On February 18, 2015, I caused true copies of the following to be served upon the party listed on the service list attached hereto as **Exhibit A** via overnight courier:

   a) Chapter 15 Voluntary Petition Form;

   b) Verified Petition for Entry of an Order Recognizing Foreign Main Proceedings and Granting Additional Relief;

    c) Declaration of Peter Kubik in Support of Petition for Entry of an Order Recognizing Foreign Main Proceeding and Granting Additional Relief;

    d) Motion for Order Scheduling Recognition Hearing and Specifying Form and Manner of Service of Notice; and

    e) Order Scheduling Recognition Hearing and Specifying Form and Manner of Service of Notice.

                                           /s/ Magali Lespinasse Lee
                                             Magali Lespinasse Lee

Sworn to before me this
20th day of February, 2015

/s/ Gail S. Port
    Notary Public

      Gail S. Port
Notary Public, State of New York
    No. 01PO4846336
 Qualified in Queens County
Commission Expires Aug. 31, 2017

## Exhibit A

**Dmitri Dyrtchnko**
Dixcart Trust Corporation Limited
PO Box 161
Dixcart House
Sir William Place
St. Peter Port
Guernsey
GY1 4EZ
Channel Islands