Proskauer Rose LLP   Eleven Times Square   New York, NY 10036-8299

July 15, 2015

**VIA ECF AND OVERNIGHT DELIVERY**

Honorable Robert E. Gerber
United States Bankruptcy Court
for the Southern District of New York
One Bowling Green
New York, NY 10004

Geoffrey T. Raicht
d 212.969.3165
f 212.969.2900
graicht@proskauer.com
www.proskauer.com

Re:   B. Endeavour Shipping Company Limited, Case No. 15-10246 (REG)

Dear Judge Gerber:

My clients, Peter Kubik and Andrew Andronikou (the "Former Administrators"), who this Court recognized to be the foreign representatives of B. Endeavour Shipping Company Limited (the "Foreign Debtor") in the *Order Recognizing Foreign Main Proceeding and Granting Additional Relief*, dated March 10, 2015 [ECF No. 10], have been replaced as duly appointed administrators of the Foreign Debtor. I understand that Mark Shaw, Shane Crooks, and Matthew Tait of BDO LLP have been appointment as new administrators (the "Administrators") and have hired Norton Rose Fulbright US LLP as their U.S. counsel.

On July 10, 2015, the Administrators filed that certain *Foreign Representatives' Motion to Recognize and Grant Comity to the Appointment of Replacement Administrators* [ECF No. 14] (the "Motion to Recognize") and the *Foreign Representatives' (i) Final Report and (ii) Motion to Close the Chapter 15 Case* [ECF No. 16] (the "Motion to Close"), which are scheduled to be heard by the Court on July 16, 2015. I am advised by the Former Administrators that they have no objection to the Motion to Recognize and the Motion to Close.

While I have no further instructions from the Former Administrators, I remain available at your Honor's convenience to answer any questions you may have.

Very truly yours,

Geoffrey T. Raicht

Enclosures

Cc: Serene Nakano, Office of the United States Trustee for the Southern District of New York (via electronic mail)

David A. Rosenzweig, Norton Rose Fulbright US LLP, Counsel for Mark James Shaw, Shane Michael Crooks, and William Matthew Humphries Tait of BDO LLP as Joint Administrators of B. Endeavour Shipping Company Limited (via electronic mail)

Beijing | Boca Raton | Boston | Chicago | Hong Kong | London | Los Angeles | New Orleans | New York | Newark | Paris | São Paulo | Washington, DC